Present:  All the Justices

COMMONWEALTH OF VIRGINIA

PER CURIAM
v.  Record No. 980061                    November 6, 1998

JAMES ARTHUR PRICE, JR.

FROM THE COURT OF APPEALS OF VIRGINIA

In this appeal, the Court reviews a judgment of the Court of Appeals holding that the accused was held continuously in custody in excess of five months from a finding of probable cause until trial in violation of Code § 19.2-243, the so-called "speedy trial" statute.  Price v. Commonwealth, 25 Va. App. 655, 492 S.E.2d 447 (1997).

For the reasons set forth in the opinion of the Court of Appeals, we will affirm that court's judgment.  See Jackson v. Commonwealth, 255 Va. 625, 642, 499 S.E.2d 538, 549 (1998).